■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BRIGGS.— Motion to dismiss appeal granted on default. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CALDWELL.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ SAGOLD CORPORATION v. BARBARA HURWITZ et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP MILBERGER.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MASON.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL WITT, JR.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK JOHNSON.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY JOHNSON.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH STAÏGER.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SABLE REST. CORP., against NEW YORK STATE LIQUOR AUTHORITY.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ CONSTANCE BAUMOEL v. DAVID BAUMOEL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ MADISON CENTRAL CORPORATION v. HERBERT McLEAN. PURDY MANAGEMENT CORPORATION v. FRANCES M. PURDY et al.— Motion to dismiss appeal denied, with leave, however, to renew on the argument of the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.